UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :      INDICTMENT
                                    :
      - v. -                        :
                                    :      08 Cr.
CARLOS PALACIOS,                    :
                                    :      08 CRIM 632
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From in or about January 2007 up to and including in or about February 2008, in the Southern District of New York and elsewhere, CARLOS PALACIOS, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 1028(a)(2).

2. It was a part and an object of the conspiracy that CARLOS PALACIOS, the defendant, and others known and unknown, unlawfully, willfully and knowingly did transfer identification documents, authentication features, and false identification documents knowing that such documents and features were stolen and produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(2).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## OVERT ACTS

3.  In furtherance of said conspiracy and to effect the illegal object thereof, CARLOS PALACIOS, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

    a.  In or about February 2007, a co-conspirator not named as a defendant herein ("CC-1") had a meeting in New York, New York, to discuss the transfer of fraudulently-obtained identification documents in connection with obtaining a New Jersey State driver's license.

    b.  In or about January 2008, CARLOS PALACIOS, the defendant, provided a birth certificate, among other identification documents, in exchange for approximately $1,000 in United States currency.

(Title 18, United States Code, Section 371.)


_____  
Foreperson

_____  
MICHAEL J. GARCIA

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

CARLOS PALACIOS,

Defendant.

---

**INDICTMENT**

08 Cr.

(Title 18, United States Code,
Section 371.)

---

MICHAEL J. GARICA
United States Attorney.

A TRUE BILL

*Keith Miller*
Foreperson.

---

Post-It 11/1/87

7/10/08 - Fld. Indictment, Case assigned to Judge Batts.

Eaton, Jr. U.S.M.J.